```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 17086
   RENE BIFFLE
   DAPOMA BIFFLE                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-1316     SSN XXX-XX-6141

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/22/2006 and was confirmed 03/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 04/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG          .00          .00          .00
COOK COUNTY TREASURER      SECURED            4207.00          .00       941.88
DRIVE FINANCIAL SERVICES   SECURED VEHIC          .00          .00          .00
HARRIS NA                  SECURED VEHIC     22185.97       517.32       345.48
MONTEREY FINANCIAL         SECURED            1496.00        71.91       357.04
AT & T BANKRUPCTY          UNSECURED        NOT FILED          .00          .00
WOW INTERNET & CABLE SER   UNSECURED        NOT FILED          .00          .00
LVNV FUNDING               UNSECURED           867.93          .00          .00
DEPENDABLE LAWN CARE       UNSECURED        NOT FILED          .00          .00
ENTERPRISE LEASING         UNSECURED        NOT FILED          .00          .00
WASHINGTON MUTUAL          UNSECURED        NOT FILED          .00          .00
PREMIER BANCARD CHARTER    UNSECURED           487.17          .00          .00
PREMIER BANCARD CHARTER    UNSECURED           474.15          .00          .00
LVNV FUNDING LLC           UNSECURED           129.69          .00          .00
NATIONWIDE ACCEPTANCE~     UNSECURED          4557.59          .00          .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED          .00          .00
PROVIDIAN NATIONAL BANK    UNSECURED        NOT FILED          .00          .00
RWDS660 DSB                UNSECURED        NOT FILED          .00          .00
RX ACQUISITIONS LLC        UNSECURED        NOT FILED          .00          .00
ISAC IDAPP                 UNSECURED         17230.61          .00          .00
SHERMAN ACQUISITION        UNSECURED        NOT FILED          .00          .00
AMERICAS SERVICING CO      MORTGAGE ARRE     9000.00          .00       216.49
DAKOTA STATE BANK          UNSECURED           557.16          .00          .00
ER SOLUTIONS INC           UNSECURED           392.18          .00          .00
MONTEREY FINANCIAL         UNSECURED           264.25          .00          .00
EVERHOME MORTGAGE          CURRENT MORTG          .00          .00          .00
EVERHOME MORTGAGE          SECURED NOT I          .00          .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,688.01                   1,847.67
TOM VAUGHN                 TRUSTEE                                        294.01
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 17086 RENE BIFFLE & DAPOMA BIFFLE
```

```
-------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 4,591.80

PRIORITY                                              .00
SECURED                                          1,860.89
    INTEREST                                       589.23
UNSECURED                                             .00
ADMINISTRATIVE                                   1,847.67
TRUSTEE COMPENSATION                               294.01
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                  4,591.80                 4,591.80
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 07/18/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE